# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 19-1293V

| | |
|---|---|
| VITO CANTU,<br><br>            Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>            Respondent. | Chief Special Master Corcoran<br><br>Filed: February 12, 2021 |

### ORDER TO AMEND THE DOCKET, ORDER TO STRIKE, AND SCHEDULING ORDER - SPECIAL PROCESSING UNIT

A telephonic status conference was held on February 12, 2021. Jordan Whiddon appeared on behalf of Petitioner, and Lara Englund appeared on behalf of Respondent.

During the call, Respondent's counsel confirmed that Respondent had completed a medical review and intends to defend this case. Respondent's counsel noted that, although Petitioner is alleging a right shoulder injury, the available vaccination record documents administration of the December 31, 2017 vaccine in the left arm. Respondent's counsel further asserted that Petitioner's records do not preponderantly establish onset of shoulder pain within 48 hours of vaccination. Respondent's counsel agreed to file a Rule 4(c) Report within 30 days.

Petitioner's counsel thereafter agreed to file an Exhibit List setting forth all the exhibits filed to date and an amended Statement of Completion by the deadline set forth below. Petitioner's counsel was notified that Petitioner's previous filings would be amended in the docket to add the identifying exhibit numbers.

Accordingly, the following is ORDERED:

- **The Clerk is directed to amend the docket text as follows:**

    - ECF No. 16-2 shall be designated in the docket as "Exhibit 4".
    - ECF No. 16-3 shall be designated in the docket as "Exhibit 5".
    - ECF No. 16-4 shall be designated in the docket as "Exhibit 6".
    - ECF No. 16-5 shall be designated in the docket as "Exhibit 7".
    - ECF No. 16-6 shall be designated in the docket as "Exhibit 8".
    - ECF No. 16-7 shall be designated in the docket as "Exhibit 9".

- o   ECF No. 16-8 shall be designated in the docket as "Exhibit 10".
    - o   ECF No. 16-9 shall be designated in the docket as "Exhibit 11".
    - o   ECF No. 16-10 shall be designated in the docket as "Exhibit 12".
    - o   ECF No. 21-2 shall be designated in the docket as "Exhibit 13".
    - o   ECF No. 28-2 shall be designated in the docket as "Exhibit 14".
    - o   ECF No. 31-2 shall be designated in the docket as "Exhibit 15".
    - o   ECF No. 32-2 shall be designated in the docket as "Exhibit 16".
    - o   ECF No. 33-2 shall be designated in the docket as "Exhibit 17 Part 1".
    - o   ECF No. 33-3 shall be designated in the docket as "Exhibit 17 Part 2".

- **The Clerk is directed to STRIKE ECF No. 34.**

- **Petitioner shall file, by no later than <u>Friday, February 19, 2021</u>:**

    - o   An Exhibit List; and

    - o   An amended Statement of Completion (using the correct docket event).

- **Respondent shall file, by no later than <u>Monday, March 15, 2021</u>, a Rule 4(c) Report.**

Any questions about this order or about this case generally may be directed to OSM staff attorney **Patrick Rodefeld at (202) 357-6370 or Patrick_Rodefeld@cfc.uscourts.gov.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master